UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 11-58506-WLH |
| | * | |
| RUBY JEAN FREEMAN, | * | CHAPTER 13 |
| | * | |
| DEBTOR. | * | |
| | * | |
| RUBY JEAN FREEMAN, | * | |
| | * | |
| MOVANT, | * | **CONTESTED MATTER** |
| VS. | * | |
| | * | |
| BENEFICIAL MORTGAGE COMPANY OF | * | |
| GEORGIA, | * | |
| [CLAIM NOT YET FILED] | * | |
| RESPONDENT. | * | |

**MOTION TO DETERMINE SECURED STATUS OF CLAIM OF JUNIOR LIEN HOLDER BENEFICIAL MORTGAGE COMPANY OF GEORGIA**

COMES NOW Ruby Jean Freeman, Debtor in the above-styled Chapter 13 case, and through counsel files this "Motion to Determine Status of Claim of Junior Lien Holder Beneficial Mortgage Company of Georgia," and in support thereof states the following:

1.

Jurisdiction is appropriate pursuant to 28 U.S.C. Section 1334; LR 83.7A NDGA; and, the Order of Referral entered by the United States District Court Northern District of Georgia on 12 July 1984. Venue is appropriate pursuant to 28 U.S.C. Section 1409. This matter is a core proceeding as defined in 28 U.S.C. Section 157(b)(2)(A) and (B).

2.

This motion is brought pursuant to 11 U.S.C. Section 506(a) and (d); Rule 3012 F. R. Bankr. P.; and, Rule 9014 F. R. Bankr. P.

*mm*

3.

Respondent Beneficial Mortgage Company of Georgia (hereinafter "Respondent"), a foreign, for profit corporation, may be served via first class U. S. Mail at its corporate office, to wit:

> Beneficial Mortgage Company of Georgia
> 26525 N. Riverwoods Blvd.
> Mettawa, IL 60045

4.

Respondent may also be served by first class mail to its Certified US Mail to its registered agent at its address of record with the Georgia Secretary of State, to-wit:

> The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange Street
> Wilmington, DE 19801

5.

Respondent may also be served by Certified US Mail to its Chief Executive Officer at her address of record with the Georgia Secretary of State, to-wit:

> Kathryn Madison, CEO
> 26525 N. Riverwoods Blvd.
> Mettawa, IL 60045

6.

The instant chapter 13 case was initiated by the filing of Debtor's voluntary petition on March 21, 2011. Debtor's Confirmation Hearing is scheduled for May 25, 2011. The deadline for filing non-governmental proofs of claim is set for July 20, 2011.

7.

Debtor's Schedule A reflects her ownership interest in residential real property located at 2110 Twin Court, Decatur, GA 30034, Dekalb County (hereinafter referenced as "the Property"). Debtor lists the fair market value of the Property as $69,500 based on a valuation on eppraisal.com of $55,025 and a valuation on Zillow of $84,000. (see attached "Exhibit A")

*mm*

8.

The Property is Debtor's principal residence.

9.

Debtor's Schedule D reflects that the Property is subject to two mortgage liens. The first-priority mortgage is held by American Home Mortgage Service, Inc., in the total approximate amount of $118,057.00. Based upon the valuation listed above, the amount of the first-priority mortgage exceeds the value of the Property.

10.

Debtor's Property is also subject to the second-priority mortgage held by Respondent in the total approximate amount of $28,315.00. Based upon the value of the Property and the amount of the first-priority mortgage, there is no equity in the Property to which Respondent's mortgage lien may attach.

11.

Respondent's claim is not secured by any other property of Debtor or Debtor's bankruptcy estate.

12.

Pursuant to 11 U.S.C. Section 506(d), Respondent's lien against the Property should be declared void.

13.

Pursuant to 11 U.S.C. Section 506(d), Respondent's claim should be deemed wholly unsecured.

WHEREFORE, Debtor prays:
(a)    that this "Motion to Determine Status of Claim of Junior Lien Holder Beneficial Mortgage Company of Georgia" be filed, read, and considered;

*mm*

(b) that a time, date and place be set for a hearing on the issues raised herein;

(c) that this motion be granted and Respondent's lien be determined to be void;

(d) that Respondent's claim be deemed a wholly unsecured claim; and,

(e) that this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted,
Clark & Washington, PC

/s/_____
**Melody Swilling**
GA Bar No. 105208
Attorney for the Debtor

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
fax (770) 220-0685

*mm*

EXHIBIT "A"



Sign Up | Sign In

Street Address    Zip Code or City, State    Search

Home Values | City Info | Find Foreclosures | Mortgage Rates | Broker / Agent Services

### 2110 Twin Ct Decatur, GA 30034   Add to favorites

**Estimated Home Values**

| eppraisal | Zillow.com |
|---|---|
| $55,025 | $84,000 |

Request Refinance Quote

**Public Record**

| | | User Edits Login | |
|---|---|---|---|
| Bedrooms: | 3 | Bedrooms: | N/A |
| Bathrooms: | 3.00 | Bathrooms: | N/A |
| SqFt: | 1822 | SqFt: | N/A |
| Year Built: | 1986 | Year Built: | N/A |

View more details



Request Refinance Quote

Request Property History

**Refinance Rates for 3/10/11**

55025    Update Loan Amount

| Company | Loan Type | APR | Est. Pmt. | |
|---|---|---|---|---|
| | 30 Yr. Fixed | 4.83% | $287 | GO |
| | 15 Yr. Fixed | 4.40% | $410 | |
| Quicken Loans | 30 Yr. Fixed | 5.27% | $291 | GO |
| | 5/1 Yr. ARM | 3.89% | $247 | |
| COMPASS | 30 Yr. Fixed | 4.78% | $275 | GO |
| | 5/1 Yr. ARM | 2.78% | $217 | |

Powered by HSH.com disclaimer

**Decatur, GA Home Values**

Home Value Trending    What's This



●Local  ●State  ●National

Home Data (as of January)

Median Sales Price:  $110,000 0% (from last month)

Number of Sales:  3

Decatur Home Values

Are Your Carpets Clean?
Relax and let us do the Dirty Work
Affordable & Reliable - Call Today!
What's your home's value?

Ads by Google

**Mortgage Rates**



| | Loan Product | Rate | APR | Est. Pmt. | |
|---|---|---|---|---|---|
| | 30 Yr. Fixed | 4.750% | 4.828% | $287 | Learn more |
| | 15 Yr. Fixed | 4.125% | 4.398% | $410 | |
| Updated 3/9/2011 | Additional Loan Products | | | | Call Now |
| | 30 Yr. Fixed | 4.875% | 5.273% | $291 | Learn more |
| Quicken Loans | 5/1 Yr. ARM | 3.500% | 3.888% | $247 | |
| | 15 Yr. Fixed | 3.875% | 4.623% | $404 | |
| Updated 3-10-2011 | Additional Loan Products | | | | Call Now |
| | 30 Yr. Fixed | 4.500% | 4.804% | $279 | Learn more |
| Gateway Bank Mortgage | 5/1 Yr. ARM | 3.000% | 3.217% | $232 | |
| | 15 Yr. Fixed | 3.750% | 4.213% | $400 | |
| Updated 3/10/2011 | Additional Loan Products | | | | Call Now |
| PREO Mortgage, LLC. | 30 Yr. Fixed | 4.750% | 4.852% | $287 | Learn more |
| | 15 Yr. Fixed | 4.375% | 4.550% | $417 | |
| | 3/1 Yr. ARM | 3.625% | 3.720% | $251 | |
| Updated 3/10/2011 | Additional Loan Products | | | | Call Now |

**Local Information**

- More info about Decatur
- Homes for Sale in Decatur

**Helpful Links**

- Home Values Trends and Statistics
- Local Demographic Statistics
- Need Assistance Moving?
- Find Local Foreclosures
- Local Job Opportunities
- Rentals in the Area
- LendingTree Refinance Loans

### Recently Sold Homes

List View    Map View

| Address | Sales Price | Sale Date | Bed/Bath | Sq. Ft. |
|---|---|---|---|---|

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO. 11-58506-WLH |
| | * |
| RUBY JEAN FREEMAN, | * CHAPTER 13 |
| | * |
| DEBTOR. | * |
| | * |
| RUBY JEAN FREEMAN, | * |
| | * |
| MOVANT, | * CONTESTED MATTER |
| VS. | * |
| | * |
| BENEFICIAL MORTGAGE COMPANY OF | * |
| GEORGIA, | * |
| [CLAIM NOT YET FILED] | * |
| RESPONDENT. | * |

**NOTICE OF HEARING ON MOTION TO DETERMINE SECURED STATUS OF CLAIM OF JUNIOR LIEN HOLDER BENEFICIAL MORTGAGE COMPANY OF GEORGIA**

**PLEASE TAKE NOTICE** that the Debtor in the above-referenced matter filed a **"Motion"** seeking to determine status of claim.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Court Room 1403 (14th Floor) of the US Courthouse, 75 Spring Street, SW, Atlanta, GA 30303, at 10:00 AM, on June 29, 2011.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S.

*mm*

Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

        Respectfully submitted,
        Clark & Washington, PC

/s/_____
**Melody Swilling**
GA Bar No. 105208
Attorney for the Debtor

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
fax (770) 220-0685

*mm*

**CERTIFICATE OF SERVICE**

I certify that I served the parties listed below with a true and correct copy of the within and foregoing "Notice of Hearing on Motion to Determine Status of Claim of Junior Lien Holder Beneficial Mortgage Company of Georgia" and "Motion to Determine Status of Claim of Junior Lien Holder Beneficial Mortgage Company of Georgia" and a copy of the "Chapter 13 Plan" – Docket #2 - by placing the same in the United States Mail with adequate postage affixed to ensure delivery, and addressed as indicated:

| | |
|---|---|
| Ruby Jean Freeman<br>2110 Twin Court<br>Decatur, GA 30034 | Served by Certified Mail Receipt No. 7010 2780 0003 1543 3400<br>Beneficial Mortgage Company of Georgia<br>Kathryn Madison, CEO<br>26525 N. Riverwoods Blvd.<br>Mettawa, IL 60045 |
| Beneficial Mortgage Company of Georgia<br>26525 N. Riverwoods Blvd.<br>Mettawa, IL 60045 | |
| American Home Mortgage Service, Inc.<br>(first mortgage holder)<br>Reg. Agent: CT Corporation System/Shakinah Edwards<br>1201 Peachtree Street NE<br>Atlanta, GA 30361 | Served by Certified Mail Receipt No. 7010 2780 0003 1543 3394<br>Beneficial Mortgage Company of Georgia<br>Reg. Agent: The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| American Home Mortgage Service, Inc.<br>(first mortgage holder)<br>David M. Applegate, CEO<br>1525 S. Belt Line Road<br>Coppell, TX 75019 | |

I further certify that, by agreement of the parties, Nancy Whaley - Chapter 13 Trustee, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

*mm*

Dated: 5/18/2011

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
fax (770) 220-0685

/s/
Melody Swilling
GA Bar No. 105208
Attorney for the Debtor

*mm*