**IT IS ORDERED as set forth below:**

Date: July 18, 2011

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 11-58506-WLH |
| | * | |
| RUBY JEAN FREEMAN, | * | CHAPTER: 13 |
| | * | |
| DEBTOR. | * | |
| | * | |
| RUBY JEAN FREEMAN, | * | |
| | * | |
| MOVANT. | * | |
| | * | |
| vs. | * | |
| | * | |
| BENEFICIAL MORTGAGE | * | |
| COMPANY OF GEORGIA | * | |
| (CLAIM NOT YET FILED), | * | |
| RESPONDENT. | * | |
| | * | |

**ORDER GRANTING DEBTOR'S MOTION TO DETERMINE SECURED STATUS OF CLAIM OF JUNIOR LIEN HOLDER BENEFICIAL MORTGAGE COMPANY OF GEORGIA**

The above matter came before the Court on June 29, 2011 on Debtors' "Motion to Determine Status of Claim of Junior Lien Holder Beneficial Mortgage Company of Georgia" ("Motion"). Debtors seek a determination that the second priority lien held by Beneficial Mortgage Company of Georgia on Debtors' residence located at 2110 Twin Court, Decatur, GA 30034 ("Property") is completely unsecured because, based upon the Property's value and the amount of the first-priority mortgage, there is no equity in the Property to which the second lien can attach. No party appeared in opposition to Debtors' Motion; therefore, it is hereby

**ORDERED** that Debtors' Motion is granted as provided herein.

It is **FURTHER ORDERED** that, for purposes of the Debtors' Chapter 13 case, the claim of Beneficial Mortgage Company of Georgia is allowed as a general non-priority unsecured claim.

It is **FURTHER ORDERED** that, effective upon entry of discharge in the Debtors' Chapter 13 case, the lien of Beneficial Mortgage Company of Georgia evidenced by a security deed recorded in the Superior Court of Dekalb County shall be avoided without further order pursuant to 11 U.S.C. §506(d) provided, however, that the Court reserves jurisdiction to consider if appropriate the avoidance of Respondent's mortgage lien prior to entry of a discharge under 11 U.S.C. § 1328(a). In the event the Debtors' case is dismissed or converted to chapter 7, the lien of Respondent shall not be affected by this Order in accordance with 11 U.S.C. § 349(b)(1)(C) or 348(f)(1)(B) as applicable.

It is **FURTHER ORDERED** that, within sixty (60) days after the entry of this Order, Debtors' counsel may file a certified copy of this Order in the real property records of the county in which the Property is located.

It is **FURTHER ORDERED** that, within sixty (60) days of the entry of the Debtors' discharge in this Chapter 13 case, Debtors shall cause a certified copy of the order granting the discharge to be filed in the real property records of the county in which the Property is located.

**[END OF DOCUMENT]**

Prepared by,                                           No opposition by,

/s/                                                    /s/
Cristina DiGiannantoio                                 Melissa Davey
GA Bar # 893510                                        GA Bar #206310
Attorney for Debtor                                    Attorney for Nancy J. Whaley, Trustee
Clark & Washington, P.C.                               303 Peachtree Center Avenue
3300 Northeast Expressway                              Suntrust Garden Plaza, Suite 120
Building 3, Suite A                                    Atlanta, GA 30303
Atlanta, GA 30341
(404) 522-2222

**DISTRIBUTION LIST**

Clark & Washington, P.C.
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341

Nancy Whaley
303 Peachtree Center Avenue
Suntrust Garden Plaza, Suite 120
Atlanta, GA 30303

Ruby Jean Freeman
2110 Twin Court
Decatur, GA 30034


Beneficial Mortgage Company of Georgia
26525 N. Riverwoods Blvd.
Mettawa, IL 60045


American Home Mortgage Service, Inc.
(first mortgage holder)
Reg. Agent: CT Corporation System/Shakinah Edwards
1201 Peachtree Street NE
Atlanta, GA 30361


American Home Mortgage Service, Inc.
(first mortgage holder)
David M. Applegate, CEO
1525 S. Belt Line Road
Coppell, TX 75019


Served by Certified Mail Receipt No.
7010 2780 0003 1543 3400
Beneficial Mortgage Company of Georgia
Kathryn Madison, CEO
26525 N. Riverwoods Blvd.
Mettawa, IL 60045


Served by Certified Mail Receipt No.
7010 2780 0003 1543 3394
Beneficial Mortgage Company of Georgia
Reg. Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801