B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: Ruby Jean Freeman                                                        Case No. 11-58506

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| OCWEN LOAN SERVICING, LLC | Homeward Residential Inc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Attn: Bankruptcy Department
1661 Worthington Road, Suite 100
West Palm Beach, FL  33409

Court Claim # (if known):  4-1
Amount of Claim:  $117,855.00
Date Claim Filed:  July 23, 2012

Phone:  800-850-4622
Last Four Digits of Acct #: 4301

Phone:  _____
Last Four Digits of Acct. #:  2371

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Stephen K. Andrews                                    Date: July 7, 2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.